UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-23 (DSD/SGE)

_____

United States of America,

        Plaintiff,                **DISCOVERY DECLARATION
                                       OF ANDREW S. GARVIS**

Michael Wallace Johnson III,

        Defendant.

_____

I represent Mr. Michael Wallace Johnson III in the above-captioned matter in which he is charged with aiding and abetting with others, did willfully injure and commit depredation against property of the United States. ECF 1, *Indictment*].

**DISCOVERY**

This case involves four defendants and counsel for Mr. Johnson has received disclosures of discovery materials, including media, search warrants, extractions, pictures, and various reports. Pursuant to Local Rule 12.1(b), Counsel and the Government have conferred and discussed the status of the investigation and disclosures and no additional discovery is forthcoming.

**PRETRIAL MOTIONS NOT REQUIRED**

The Court's February 2, 2026 Scheduling Order set out the following related to disclosures:

1

1.  Rule 16(a) Disclosures: Government's Rule 16(a) disclosures are due February 7, 2026. Defendants Rule 16(a) disclosures are due February 19, 2026.

2.  Expert Witness Disclosures: Government written summaries due no later than 28 days before trial. Defendant's expert disclosures due no later than 14 days before trial;

3.  Brady/Giglio Information Government must be disclosed;

4.  Rule 404(b) Notice: No later than 21 days before trial;

5.  Jencks Act materials: recommended one week before trial;

6.  Rough Notes: Government must instruct law enforcement and confidential informants to preserve rough notes;

7.  I.D. Witnesses/Informants: Government shall disclose identity of any informant who was a material witness and make such informant available no later than10 days before trial;

As such, Counsel for Mr. Johnson will not be filing Motions already required to be disclosed.

Mr. Johnson is filing a Motion for Grand Jury Transcripts as well as Bill of Particulars.

**Dispositive and Other Motions**

2

Counsel for Mr. Johnson is filing a dispositive motion to Dismiss the Indictment for Outrageous Conduct by the Government.  Mr. Johnson is not filing any Motions related to searches and seizures or statements. Although the Government did do a search warrant of his home, nothing was taken in the search and he declined to speak to agents after his arrest.

Dated: March 16, 2026

Respectfully submitted,

s/ *Andrew S. Garvis*
Andrew S. Garvis, Att'y #257989
Koch and Garvis, LLC
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-827-8101
andrew@uptownlawyer.com

Attorney for Def. Johnson III