

**KOCH & GARVIS**
**L.L.C.**

*Attorneys at Law*

**Richard F. Koch (1945 - 2016)**
**Andrew S. Garvis**
**andrew@uptownlawyer.com**
**kochgarvis.com**

**Office: (612) 827-8101**
**Fax: (612) 827-3564**
**Lake Calhoun Professional Bldg.**
**3109 Hennepin Avenue South**
**Minneapolis, MN 55408**

March 23, 2026

Magistrate Shannon G. Elkins
United States Magistrate Judge
Warrant E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

**Re: United States of America vs. Michael Wallace Johnson III**
**Court File No.: 26-cr-23 (DSD/SGE)**

Dear Judge Elkins,

The United States and Mr. Johnson have reached an agreement and at this time I am withdrawing our Motions filed in this matter, ECF 41, 42, 43 and the Declaration 44.

As the Government will be filing an Information to a misdemeanor charge Mr. Johnson is willing to waive sentencing in front of Judge Doty and consent to have your honor sentence Mr. Johnson pursuant to Fed. R. Crim. P. 58. As the parties will be jointly recommending no jail time we would also agree to a same day plea and sentencing if that works for the Court and pretrial services.

Please let me know if anything further is needed.

Sincerely,

*Andrew S. Garvis*
Attorney at Law