**Law Office of Robert A. Lengeling, PLLC**
**310 Fourth Ave S, Suite 1050**
**Minneapolis, Minnesota 55415**
**(612) 963-1555 / (612) 333-8003 fax**
**robert@lengelinglaw.com**

_____

March 23, 2026

Hon. Shannon Elkins
United States District Court
300 South Fourth Street
Minneapolis, Minnesota 55415

Re:   *United States of America v. James Christopher Lauer*
      Court File No. 26-cr-023 (01) (DSD/SGE)

Greetings:

Mr. Lauer authorized me to inform the Court he will accept a plea offer from the US Attorney's Office. We are withdrawing the motions filed in this case and ask to be excused from the motion hearing.

The parties expect Mr. Lauer to plead to a misdemeanor charge of damage to government property by Information. We ask to have this matter heard by Your Honor and we waive any right to a hearing before Judge Doty. In light of the plea terms, we ask to have the plea and sentencing on the same day.

I will make myself available to the Court to provide any additional information or to answer any questions about the plea. Thank you for your consideration in this matter.

Sincerely,

By ____*s/ Robert A. Lengeling*____