

## ANDREW IRLBECK
### — LAWYER CHARTERED —

FIRST NATIONAL BANK BUILDING
332 MINNESOTA STREET, SUITE W1610
ST. PAUL, MINNESOTA 55101

ANDREW M. IRLBECK†
ANDREW@IRLBECKLAW.COM

TELEPHONE: 612.986.3895
FACSIMILE: 651.223.5179
†*ALSO LICENSED IN WISCONSIN*

March 23, 2026

Magistrate Judge Shannon Elkins
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**Re:**  *United States v. Korey Carroll,* **Crim. No. 26-23 (3) DSD/SGE**

Dear Chambers:

Mr. Carroll and the Government have reached an agreement to resolve this matter, and therefore I write to withdraw the motions previously filed on behalf of my client. Specifically, Doc. Nos. 49, 50, 51 and 52 are withdrawn. Counsel for Mr. Carroll and the Government will contact the Court separately to schedule a change of plea hearing and sentencing date.

**Very truly yours,**

**Electronically signed on
March 23, 2026 by:**
/s/ *Andrew Irlbeck*
**ANDREW M. IRLBECK**

cc:      All counsel of record via CM/ECF