**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

James Christopher Lauer (1),

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: SHANNON G. ELKINS
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-23 (JMB/SGE) |
| Date: | September 8, 2026 |
| Court Reporter: | Renee Rogge |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 11:35 a.m. |
| Time Concluded: | 11:46 a.m. |
| Time in Court: | 11 minutes |

X **PRELIMINARY REVOCATION HEARING** X **DETENTION HEARING**

Time in Court Prelim/Detention: 1 minute/10 minutes

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Robert Lengeling
X CJA

On Violation of X **Supervised Release**

X Defendant released on previous conditions. No order forthcoming.

X Preliminary revocation hearing waived.
X Probable cause found. Defendant bound over to District Court of Minnesota.

Next appearance date is Friday, September 18, 2026 at 2:30 p.m. before U.S. Magistrate Judge Shannon G. Elkins in Courtroom 9E (MPLS) for:
X Status Conference

and

Next appearance date is Thursday, October 8, 2026 at 10:30 a.m. before U.S. Magistrate Judge Shannon G. Elkins in Courtroom 9E (MPLS) for:
X Final Revocation Hearing

*s/ms*
Signature of Courtroom Deputy