UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-23 (JMB/SGE)

United States of America,

Plaintiff,

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

James Christopher Lauer,

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Robert Lengeling, Attorney ID 0304165, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: 9/9/2026

*s/Jon T. Huseby*
Honorable Jon T. Huseby
United States Magistrate Judge